DeBaun Claydon, Appellant, v. The Siwanoy Country Club of Mount Vernon, New York, Respondent.— In an action at law in the County Court of Westchester County to recover the unpaid balance of a certificate of indebtedness issued by a country club, the plaintiff's motion for judgment on the pleadings was denied and judgment entered dismissing the complaint. The plaintiff appeals from the order denying his motion and from the judgment entered. Order on reargument, and judgment entered thereon, unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

Harriet Friedling, an Infant, by Samuel Friedling, Her Guardian ad Litem, and Samuel Friedling, Respondents, v. Railway Express Agency, Inc., Appellant, and Another, Defendant.— From a judgment in favor of the plaintiffs in an action to recover damages for injuries suffered by the infant plaintiff and to recover for medical expenses and loss of services by her father, and from an order denying appellant's motion to set aside the verdict, defendant Railway Express Agency, Inc., appeals. Judgment and order affirmed, with costs. No opinion. Carswell, Taylor and Close, JJ., concur; Lazansky, P. J., and Adel, J., dissent and vote to reverse the judgment, to dismiss the appeal from the order denying appellant's motion to set aside the verdict, and to dismiss the complaint, with the following memorandum: The employee at the time of the accident was returning from lunch. The carrying of the battery was incidental thereto. There is nothing to show that the battery was required for immediate use or that the employee could not have waited until the arrival of a truck which he could have used to go for the battery. He was using his car for his own convenience. No authority, express or implied, is shown.